■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY BARNES, Also Known as LARRY HAMEED, Appellant.— Application for writ of coram nobis denied. Memorandum: We find defendant's claim of ineffective assistance of appellate counsel to be without merit. Present—Callahan, J. P., Doerr, Denman, Boomer and Green, JJ.

■ In the Matter of RONALD W. PLEWNIAK, an Attorney.— A certified copy of a judgment of conviction of Ronald W. Plewniak, an attorney, in the United States District Court for the Eastern District of Louisiana convicting him after a jury trial of violations of 18 USC §§ 2, 371, 542, 550, 1343 and 49 USC § 121, having been presented to this court, he is disbarred and his name is stricken from the roll of attorneys (see, Matter of Mydanick, 78 AD2d 339, lv denied 53 NY2d 604). Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.

■ In the Matter of JAMES R. GUNDERMAN, an Attorney.— Resignation accepted and name stricken from roll of attorneys. Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.